**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NEW BALANCE ATHLETICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> USA NEW BUNREN INTERNATIONAL ) <br> CO. LIMITED LLC, ) <br> ) <br> Defendant. ) <br> ) | C. A. No. 17-cv-01700-VAC-SRF <br><br> Honorable Sherry R. Fallon |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

Plaintiff New Balance Athletics, Inc. ("New Balance"), by and through its attorneys, respectfully moves this Court for an extension of time in which Defendants are required to respond to the Complaint in this matter, and in support of this motion, states as follows:

1. The Complaint in this matter was personally served on Defendant's registered agent on November 27, 2017 (D.I. 5). Defendant is required to respond to the Complaint on or before December 18, 2017.

2. The parties have preliminarily discussed engaging in settlement discussions, and in light of such discussions, Defendant has requested additional time to respond to the Complaint.

3. New Balance has consented to Defendant's request for additional time, and hereby requests that the deadline for Defendant to respond to the Complaint be extended for 30 days, up to and including January 17, 2018.

4. This is the parties' first request for an extension of time.

WHEREFORE, New Balance respectfully moves this Court for an extension of time in

- 2 -

which Defendants are required to respond to the Complaint, resetting that deadline to January 17, 2018.

| | |
|---|---|
| Dated:  December 14, 2017 | CONNOLLY GALLAGHER LLP |
| | */s/ Arthur G. Connolly, III* |
| *Of Counsel:* | Arthur G. Connolly, III (#2667) |
| Thomas L. Holt (PHV Pending) | Ryan P. Newell (#4744) |
| Jeremy L. Buxbaum (PHV Pending) | Mary I. Akhimien (#5448) |
| Caroline A. Teichner (PHV Pending) | The Brandywine Building |
| PERKINS COIE LLP | 1000 West Street |
| 131 South Dearborn Street | Wilmington, DE 19801 |
| Suite 1700 | (302) 757-7300 |
| Chicago, Illinois 60603 | aconnolly@connollygallagher.com |
| T: (312) 324.8400 | rnewell@connollygallagher.com |
| F: (312) 324.9400 | makhimien@connollygallagher.com |
| THolt@perkinscoie.com | |
| JBuxbaum@perkinscoie.com | *Attorneys for Plaintiff* |
| CTeichner@perkinscoie.com | *New Balance Athletics, Inc.* |

**IT IS SO ORDERED** this _____ day of December, 2017.

_____
U.S. DISTRICT COURT JUDGE

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, copies of the foregoing were caused to be served upon the following via electronic mail:

> Justin King
> WPAT, P.C.
> 8230 Boone Blvd. Suite 405
> Vienna, VA 22182
> jking@wpat.com

> */s/ Arthur G. Connolly, III*
> Arthur G. Connolly (#2667)