**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **NEW BALANCE ATHLETICS, INC.,**<br><br>PLAINTIFF,<br><br>v.<br><br>**USA NEW BUNREN INTERNATIONAL CO. LIMITED LLC,**<br><br>DEFENDANT. | C.A. No. 1:17-cv-1700-VAC-SRF<br><br>Honorable Sherry R. Fallon |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by Plaintiff New Balance Athletics, Inc.. ("Plaintiff") and Defendant USA New Bunren International Co. Ltd LLC. ("Defendant"), subject to approval of the Court, that the time for Defendant to move, answer or otherwise respond to Plaintiff's Complaint is extended until February 23, 2018.

| CONNOLLY GALLAGHER LLP | PANITCH SCHWARZE BELISARIO & NADEL, LLP |
|---|---|
| */s/ Ryan Newell*<br>Arthur G. Connolly II (#2667)<br>Ryan Newell (#4744)<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 757-7300<br>rnewell@connollygallagher.com | */s/ Dennis J. Butler*<br>Dennis J. Butler (#5981)<br>Wells Fargo Tower<br>2200 Concord Pike, Suite 201<br>Wilmington, DE 19803<br>(302) 394-6006<br>dbutler@panitchlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant.* |

Dated: February 9, 2018

**SO ORDERED**, this _____ day of _____, 2018.

_____
THE HONORABLE SHERRY R. FALLON
UNITED STATES MAGISTRATE JUDGE