**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NEW BALANCE ATHLETICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> USA NEW BUNREN INTERNATIONAL CO. LIMITED LLC, <br><br> Defendant. | Civil Action No. 17-cv-01700-MN <br><br> Honorable Maryellen Noreika |

## STIPULATED PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff New Balance Athletics, Inc. ("New Balance") and Defendant USA New Bunren International Co. Limited LLC ("New Bunren") (collectively, "the Parties") hereby agree to the dismissal, without prejudice, of the following claims in the First Amended Complaint (D.I. 26):

(a) Counts I-III only as they pertain to the NEW BUNREN trademarks; and

(b) Counts IV-VIII.

Dated: January 23, 2020

| | |
|---|---|
| ***Attorneys for Plaintiff New Balance Athletics, Inc.*** | ***Attorneys for Defendant USA New Bunren International Co. Limited, LLC*** |

By: */s/ Arthur G. Conolly, III*
Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
Stephanie Smiertka Riley (#5803)
Connolly Gallagher LLP
1201 North Market Street
20th Floor
Wilmington, Delaware 19801
T: (302) 757-7300
F: (302) 757-7299
Email: aconnolly@connollygallagher.com
Email: rnewell@connollygallagher.com
Email: sriley@connollygallagher.com

Of Counsel:

Thomas L. Holt (*PHV*)
Jeremy L. Buxbaum (*PHV*)
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
T: (312) 324-8400
F: (312) 324-9400
Email: THolt@perkinscoie.com
Email: JBuxbaum@perkinscoie.com

By: */s/ Dennis J. Butler*
Dennis J. Butler (#5981)
Panitch Schwarze Belisario & Nadel LLP
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, Delaware 19803
T: (302) 394-6006
Email: dbutler@panitchlaw.com

Of Counsel:

Timothy T. Wang
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, Texas 75231
T: (972) 331-4600
F: (972) 314-0900
Email: twang@nilawfirm.com